UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS' HEALTH
AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

v.

WILLIAM TREE SERVICE, INC., et al.,

    Defendants.

Case No. 4:14-cv-01123 PJH (EDL)

NOTICE OF REFERENCE, TIME AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' motion for default judgment has been referred to Magistrate Judge Elizabeth Laporte for report and recommendation. A hearing regarding the aforementioned motion is set for April 28, 2015 at 2:00 p.m. in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: March 13, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge